# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00680-CV

### L. W., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY,
### NO. D-1-FM-13-000422, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

### O R D E R

**PER CURIAM**

Appellant L.W. filed her notice of appeal on October 28, 2014. The appellate record was complete November 17, 2014, making appellant's brief due December 8, 2014. On December 8, 2014, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than December 23, 2014. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on December 9, 2014.

Before Justices Puryear, Pemberton and Field